**REDACTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Criminal Action No. 07- |
| )  | 08-09-1-2 |
| KEVIN LAMONT MASON and, ) | |
| ANTONIO MAGANA ) | **REDACTED** |
| ) | |
| Defendants. ) | |

FILED
JAN 22 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

Beginning on or about December 19, 2007, and continuing to on or about December 21, 2007, in the State and District of Delaware, KEVIN LAMONT MASON and ANTONIO MAGANA, defendants herein, did knowingly conspire with each other, and with others known and unknown to the grand jury, to possess with intent to distribute a mixture and substance containing a detectible amount of marijuana, a controlled substance, in violation of Title 21, United States Code, Sections Sections 841(a)(1) and (b)(1)(D), and 500 grams or more of a mixture and substance containing a detectible amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), all in violation of Title 21, United States Code, Section 846.

### COUNT TWO

Beginning on or about December 19, 2007, and continuing to on or about December 21, 2007, in the State and District of Delaware, KEVIN LAMONT MASON and ANTONIO MAGANA, defendants herein, did knowingly conspire with each other, and with others known and unknown to the grand jury, to distribute 500 grams or more of a mixture and substance containing a detectible

amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), all in violation of Title 21, United States Code, Section 846.

### COUNT THREE

On or about December 21, 2007, in the State and District of Delaware, KEVIN LAMONT MASON, defendant herein, did knowingly possess with intent to distribute a mixture and substance containing a detectible amount of marijuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

### COUNT FOUR

On or about December 21, 2007, in the State and District of Delaware, KEVIN LAMONT MASON, defendant herein, did knowingly possess with intent to distribute a mixture and substance containing a detectible amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: _____
Shawn A. Weede
Assistant United States Attorney

Dated: January 22, 2008

2