UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. **CR 08-09-2-GMS** |
| vs. ) | |
| ) | |
| **KEVIN LAMONT MASON** ) | |
| ) | |
| Defendant. ) | |

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on **JANUARY 31, 2008** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until March 14, 2008. The time between the date of this order and March 14, 2008 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney