## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 08-09-GMS |
| | ) |
| KEVIN LAMONT MASON, | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR A TELEPHONE SCHEDULING CONFERENCE

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case for the reasons set forth below:

1. The Grand Jury returned an Indictment against the defendant on January 22, 2008.

2. The Government has spoken with counsel for the defendant, Stephen P. Patrizio, Esquire, who has indicated that the defendant wishes to change his plea.

3. The parties respectfully request that the Court set a telephone scheduling conference in order to set a date for a change of plea hearing.

4.     The Government requests that the Court exclude the time from the date of this motion until the date set for the telephone scheduling conference under the Speedy Trial Act (18 U.S.C. § 3161 *et seq*.). The Government submits that the time is excludable because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h).

        COLM F. CONNOLLY
        United States Attorney


BY:     Shawn A. Weede
        Shawn A. Weede
        Assistant United States Attorney
        1007 Orange Street, Suite 700
        P.O. Box 2046
        Wilmington, Delaware 19899-2046

Dated: May 9, 2008

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 08-09-GMS |
| | ) |
| KEVIN LAMONT MASON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

IT IS HEREBY ORDERED this ___ day of _____, 2008, that

1. A telephone scheduling conference in this matter will be held on the _____ day of _____ at _____.m., with the Court initiating said call;

2. Because the delay outweighs the interest of the defendant and the public in a speedy trial, **IT IS FURTHER ORDERED** that the time between the date of this Order and the date of the telephone scheduling conference are excluded from computation of the Speedy Trial Act in the interests of justice, 18 U.S.C. § 3161(h)(8)(A).

_____
HONORABLE GREGORY M. SLEET
CHIEF JUDGE
UNITED STATES DISTRICT COURT