IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-09-GMS |
| | ) | |
| KEVIN LAMONT MASON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

IT IS HEREBY ORDERED this 14th day of May, 2008, that

1. A telephone scheduling conference in this matter will be held on the 28th day of May, 2008 at 11:45 a.m., with the Court initiating said call;

2. Because the delay outweighs the interest of the defendant and the public in a speedy trial, **IT IS FURTHER ORDERED** that the time between the date of this Order and the date of the telephone scheduling conference are excluded from computation of the Speedy Trial Act in the interests of justice, 18 U.S.C. § 3161(h)(8)(A).

HONORABLE GREGORY M. SLEET
CHIEF JUDGE
UNITED STATES DISTRICT COURT

FILED
MAY 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3