## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 08-09-GMS |
| | ) |
| KEVIN LAMONT MASON, | ) |
| | ) |
| Defendant. | ) |

### INFORMATION

The United States Attorney for the District of Delaware alleges and charges pursuant to Title 21, United States Code, Section 851(a), that KEVIN LAMONT MASON, defendant herein, is subject to the enhanced statutory penalties set forth in Title 21, United States Code, Section 841 by virtue of the defendant's prior conviction for a felony drug offense, to wit, his June 18, 1998 conviction in the New Castle County Superior Court, for maintaining a vehicle for keeping controlled substances.

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: _____
Shawn A. Weede
Assistant United States Attorney

Dated: June 6, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Criminal Action No. 08-09-GMS |
| KEVIN LAMONT MASON, | ) ) ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I, Sherry Kaminski, an employee with the United States Attorney's Office, hereby certify that on the 6th day of June 2008, I served the forgoing:

### Information

by causing two copies of said document to be served on counsel of record by First Class Mail and via facsimile as follows:

>Steven Patrizio, Esq.
>Dranoff & Patrizio, P.C.
>2 Penn Center, Suite 1205
>1500 JFK Boulevard
>Philadelphia, PA 19102

_____
Sherry Kaminski