# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 08-09-GMS |
| KEVIN LAMONT MASON | ) ) ) |
| Defendant. | ) ) |

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, and hereby submits the following:

1. The defendant was indicted on January 22, 2008.

2. The defendant pled guilty on June 10, 2008, to one count of conspiring to possess with intent to deliver 500 grams or more of cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846, and one count of possessing with intent to deliver marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D).

3. The defendant's sentencing has been scheduled for October 15, 2008.

4. The defendant is currently cooperating with the Government; it is not expected that this cooperation will be complete as of the date currently set for sentencing.

5. The Government respectfully requests that the Court continue the defendant's sentencing for a period of 120 days to allow the defendant to complete his cooperation prior to sentencing.

6. The Government has consulted with the defendant's attorney, Stephen P. Patrizio, Esquire, and he has no objection to the instant motion.

2

WHEREFORE, the Government respectfully requests that the Court grant its Unopposed Motion to Continue Sentencing.  A proposed Order is attached.

                                             Respectfully submitted,

                                             COLM F. CONNOLLY
                                             United States Attorney


                                     By:   /s/ Shawn A. Weede
                                           Shawn A. Weede
                                           Assistant United States Attorney


Dated:     September 3, 2008

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) Criminal Action No. 08-09-GMS |
| KEVIN LAMONT MASON | ) ) ) |
| Defendant. | ) |

### ORDER

Having considered the Government's Unopposed Motion to Continue Sentencing, **IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for October 15, 2008, is continued to the _____ of _____, 2008, at _____ a.m./p.m.


_____
The Honorable Gregory M. Sleet
Chief United States District Court Judge

Dated: