IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 08-09-GMS |
| | ) |
| KEVIN LAMONT MASON | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Having considered the Government's Unopposed Motion to Continue Sentencing, **IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for October 15, 2008, is continued to the 17th of February, 2009, at 2:15 a.m./p.m.

The Honorable Gregory M. Sleet
Chief United States District Court Judge

Dated: Sept 4, 2008

FILED
SEP - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3